UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

DOUGLAS W TIMMONS                                    CASE NO. 08-10541
MICHELLE R TIMMONS                                   CHAPTER 7
                    DEBTOR(S).

### NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds

and states as follows:

1.     That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this

estate, which should be distributed to creditors thereof.

2.     The following distributions are in an amount under $5.00:

> Claim #2 of Business & Professionals, Inc.
> Account number:  291615
> Claimed amount:  $190.09
> Pro rata distribution:  $2.04
>
> Claim #5 of Pharia L.L.C.
> Account number:  6490
> Claimed amount:  $255.63
> Pro rata distribution:  $2.75
>
> Claim #6 of Allen Collections, Inc.
> Account number:  3907
> Claimed amount:  $110.00
> Pro rata distribution:  $1.18

3.     Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in

the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.     Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to

the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  April 16, 2010                      /s/ Mark A. Warsco
                                            Mark A. Warsco, Trustee
                                            P.O. Box 11647
                                            Fort Wayne, IN  46859-1647
                                            Telephone:  (260) 469-0256
                                            e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on April 16, 2010:

DENNIS G GOLDEN
dgolden@goldenlaw.biz

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

Business & Professionals, Inc.
2200 Lake Avenue, Suite 230
Fort Wayne, IN 46805

Pharia L.L.C.
c/o WEINSTEIN & RILEY, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

Allen Collections, Inc.
6710 Old Trail Rd.
Ft Wayne IN 46809

/s/  Mark A. Warsco
Mark A. Warsco, Trustee